UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST IRON CORP. *et al.*,<br><br>Defendants. | CASE NO. C17-1543-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A status conference is set for Tuesday, March 27, 2018. However, Defendant Ironshore Indemnity Inc. has not responded to Plaintiff's complaint filed September October 17, 2017, and Plaintiff has not moved for a default judgment. Accordingly, the Court ORDERS Plaintiff to show cause by March 30, 2018 why claims against Defendant Ironshore Indemnity Inc. should not be dismissed for failure to prosecute.

DATED this 20th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk