THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH COAST IRON CORP. *et al.*, <br><br> Defendants. | CASE NO. C17-1543-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 27, 2018, the Court granted Plaintiffs' motion for default against Defendant Ironshore Indemnity Inc. ("Ironshore") (Dkt. No. 12). Since then, Plaintiffs have failed to move for default judgment as required by Local Civil Rule 55. Accordingly, the Court ORDERS Plaintiffs to show cause by July 26, 2018 why claims against Defendant Ironshore should not be dismissed for failure to prosecute.

DATED this 16th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk