THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>NORTH COAST IRON CORP., *et al.*,<br><br>Defendants. | CASE NO. C17-1543-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to continue the scheduling order and trial date in this matter (Dkt. No. 19). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1) The trial date in this matter is CONTINUED from March 4, 2019 to July 8, 2019 at 9:30 a.m.;

2) The pretrial order shall be filed no later than June 28, 2019;

3) Rule 39.1 mediation shall be completed no later than May 10, 2019;

4) Trial briefs shall be filed no later than July 4, 2019; and

5) Discovery cutoff is 120 days before trial, and the dispositive motion filing deadline is 90

1     days before trial.

2     DATED this 7th day of January 2019.

<u>William M. McCool</u><br>
Clerk of Court

<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C17-1543-JCC
PAGE - 2