THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*, | CASE NO. C17-1543-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| NORTH COAST IRON CORP., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss Defendants Kent Duane Schluter and Jane Doe Schluter (Dkt. No. 44). Pursuant to the parties' stipulation, the motion is GRANTED. All claims against Defendants Kent Duane Schluter and Jane Doe Schluter are hereby DISMISSED with prejudice and without an award of attorney fees or costs to any party, and Defendants Kent Duane Schluter and Jane Doe Schluter are DISMISSED as parties to this action.

//

//

//

MINUTE ORDER
C17-1543-JCC
PAGE - 1

DATED this 14th day of May 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk