THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH COAST IRON CORP., *et al.*, <br><br> Defendants. | CASE NO. C17-1543-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the mediator's notice of occurrence of alternative dispute resolution, filed on June 17, 2019. (Dkt. No. 46.) According to the notice, the parties have resolved this case via mediation. (*See id.*) The parties are hereby ORDERED to file a stipulated notice of dismissal within 30 days of the issuance of this minute order. The Clerk is DIRECTED to strike Defendants' pending motion for partial summary judgment (Dkt. No. 24) and Plaintiffs' pending motion for summary judgment (Dkt. No. 26). The Clerk is further DIRECTED to strike all case management dates and statistically close the case.

//

//

1       DATED this 17th day of June 2019.

                                            William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1543-JCC
PAGE - 2