UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al*., | CASE NO. C17-1543-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| NORTH COAST IRON CORP., *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 49). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing. Plaintiffs' claims against Defendant North Coast Iron Corp. are DISMISSED with prejudice and without any award of costs or attorney fees to any party. Plaintiffs' claims against Defendant Ironshore Indemnity Inc. are DISMISSED without prejudice and without any award of costs or attorney fees to any party. The Clerk is DIRECTED to CLOSE the case.

//

//

//

1        DATED this 17th day of July 2019.

2                                              William M. McCool
                                               Clerk of Court
3
                                               s/Tomas Hernandez
4                                              Deputy Clerk

MINUTE ORDER
C17-1543-JCC
PAGE - 2